UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE SUNDBY; DALE SUNDBY, Trustee,<br><br>                              Plaintiffs,<br><br>v.<br><br>JEFFREY MYERS, et al.,<br><br>                              Defendants. | Case No.: 21-CV-02013-GPC-AHG<br><br>**ORDER:**<br>**(1) MANDATING LEGAL REPRESENTATION FOR TRUST; AND**<br>**(2) SETTING HEARING DATE** |

    On January 14, 2022 Plaintiff Dale Sundby filed the operative First Amended Complaint ("FAC") for Augmentation of Truth in Lending Act ("TILA") Civil Damages Award. (ECF 11; FAC.) He seeks relief in the form of post-judgment TILA damages in addition to costs and attorney's fees. (FAC ¶¶ 1-4.) The judgment to which he is referring is from Case No. 3:19-CV-00390-GPC-AHG in which Mr. Sundby appeared *pro se*. (FAC ¶ 19.)

    After a judgment was reached in Case No. 19-CV-00390, both Mr. Sundby and the Defendants appealed to the United States Court of Appeals for the Ninth Circuit. *See Sundby v. Marquee Funding Grp., Inc.*, Nos. 21-55504 & 55582, 2022 WL 4826445 (9th Cir. Oct. 3, 2022). Addressing an argument not raised before the District Court, the Ninth

Circuit held that Mr. "Sundby, in his capacity as trustee," could not represent the trust *pro se*. *Id.* at *1; *see C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697-98 (9th Cir. 1987) (explaining why a person may represent self in litigation, but status as trustee does not include "right to present arguments *pro se* in federal court"). The Ninth Circuit vacated the judgment and remanded the case back to the Court "to afford the trust an opportunity to obtain legal representation and to develop facts to determine in the first instance whether Sundby is the beneficial owner of the trust or whether the trust transferred any interests to Sundby." *Id.* at *1.

In the present proceeding, Mr. Sundby appears both in his individual capacity and as trustee. (FAC.) To the extent Mr. Sundby purports to be representing the Dale H. Sundby and Edith Littlefield Sundby, Trust No. 1989-1 dated January 26, 1989, it is HEREBY ORDERED that legal representation must be obtained on behalf of the Trust. A notice of appearance shall be made on or before **Friday, January 13, 2023**.

A Motion to Dismiss has been fully briefed and taken under submission. (ECF 13, 14, 15.) A status hearing is hereby scheduled for **Friday, January 20, 2023 at 1:30 PM in Courtroom 2D** to discuss what impact the Ninth Circuit opinion has on the present proceedings.

**IT IS SO ORDERED.**

Dated:  December 15, 2022

Hon. Gonzalo P. Curiel
United States District Judge