UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE SUNDBY, Trustee,,<br><br>                                    Plaintiff,<br><br>v.<br><br>MARQUEE FUNDING GROUP, et al.,<br><br>                                    Defendants. | Case No.:  19-CV-0390-GPC-AHG<br>                   21-CV-2013-GPC-AHG<br><br>**ORDER DENYING EX PARTE MOTIONS FOR MANDATORY JOINDER UNDER FED. R. CIV. P. 19(a)**<br>**[ECF Nos. 331 & 39]** |

On April 10, 2023, Plaintiff Dale Sundby, appearing pro se on behalf of a trust, filed ex parte motions seeking mandatory joinder of parties under Federal Rule of Civil Procedure 19(a).  Case No. 19-cv-390 ECF No. 331; Case No. 21-cv-2013 ECF No. 39.  He did not call the Court's clerk in advance of filing the motion to obtain a hearing date in accord with Civil Local Rule 7.1.b.  *See* ECF No. 331 at 1 (no hearing date listed).  Nor does it appear by affidavit or declaration that Sundby complied with Civil Local Rule 83.3.g concerning ex parte motions and orders.  *See* ECF No. 331 (absence).  Finally, "[a] trustee may not represent a trust pro se in federal court." *Sundby v. Marquee Funding Grp., Inc.,* Nos. 21-55504 & 21-55582, 2022 WL 4826445, at *1 (9th Cir. Oct. 3, 2022).  For

these reasons, the Court hereby DENIES the ex parte motions for mandatory joinder under Rule 19(a).

**IT IS SO ORDERED.**

Dated: April 28, 2023

Hon. Gonzalo P. Curiel
United States District Judge